Mary E. Furman, plaintiff in error, v. Chicago Railways Company et al., defendants in error. Gen. No. 31,668.

Action to recover for personal injury. Judgment for defendants. Error to the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 27, 1927.

John A. Bloomingston, for plaintiff in error. Brown, Fox & Blumberg, for defendants in error; Charles Le Roy Brown, Frank L. Kriete, Joseph D. Ryan and Henry Blumberg, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

---

Ashland Boulevard Hospital, Inc., appellant, v. William Hadesman et al., appellees. Gen. No. 31,736.

Bill to cancel note and for injunction. Dismissed with decree for cross-complainant. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 27, 1927. Rehearing denied January 13, 1928.

Jacob G. Grossberg and Harry E. Kopald, for appellant. Moses, Kennedy, Stein & Bachrach, for William Hadesman, appellee; Walter Bachrach and Walter H. Moses, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

---

J. S. Smith, appellee, v. Morris Simon, appellant. Gen. No. 31,815.

Action to recover real estate commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Alfar M. Eberhardt, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed December 27, 1927.

Connell, Gombiner & Ward, for appellant. Rubenstein & Rubenstein, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

---

Durand-McNeil-Horner Company, appellant, v. Max Zweigenbaum, appellee. Gen. No. 31,822.

Assumpsit for balance due on open account. Judgment for defendant on set-off. Appeal from the Municipal Court of Chicago; the Hon. Edgar A. Jonas, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 27, 1927.

M. L. Carmody, for appellant. Gallagher, Shulman, Abrams & Henry, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

---

William Miller, appellee, v. Milo B. French, appellant. Gen. No. 31,844.

Action to recover for professional services. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1927. Affirmed. Opinion filed December 27, 1927.

Henry M. Hagan, for appellant. No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.